THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Karen Irby, Appellant,
 
 
 

v.

 
 
 
 Augusta S.
 Lawson, Respondent.
 
 
 

Appeal From Laurens County
 Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No.  2008-UP-134
Submitted February 1, 2008  Filed
 February 27, 2008
AFFIRMED

 
 
 
 Andrew M. Jones, III, of Greenville, for Appellant.
 Edward D. Sullivan, Christian Stegmaier, both of Columbia, for
 Respondent.
 
 
 

PER CURIAM:   
 Karen Irby brought suit against Augusta Lawson for damages Irby suffered due to
 a temporary injunction that prevented her from using her property.  Irby
 appeals the circuit courts order granting Lawsons motion to dismiss pursuant
 to Rule 12(b)(6), SCRCP.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities: Glasscock, Inc. v. U.S. Fidelity and Guar. Co.,
 348 S.C. 76, 81, 557 S.E.2d 689, 691 (Ct. App. 2001) (South Carolina law
 clearly states that short, conclusory statements made without supporting
 authority are deemed abandoned on appeal and therefore not presented for review.);
 and Harris v. Bennett,  332 S.C. 238, 245, 503 S.E.2d 782,
 786 (Ct. App. 1998) ([A]n issue may not be raised for the first time on
 appeal, but must have been raised to and ruled upon by the court below to be
 preserved for appellate review.).
AFFIRMED.
HEARN, C.J., CURETON, A.J., and GOOLSBY, A. J., concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
 pursuant to Rule 215, SCACR.